UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 18-cr-00248-01 |
| VERSUS | JUDGE FOOTE |
| ALFREDO HOLGUIN-MENDEZ (01) | MAGISTRATE JUDGE HORNSBY |

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant's guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offense charged in Count 1 of the Indictment.

THUS DONE AND SIGNED in Shreveport, Louisiana, this ____ day of _____, 2018.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE